IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



JUN 1 0 2026

Clerk, U.S. District Court
Texas Eastern

UNITED STATES OF AMERICA    §
                            §
v.                          §    Case No. 4:26-CR-*135*
                            §    Judge  *M JT / CLS*
RONNIE AUSTIN JR.           §
                            §

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: *18* U.S.C. § 871(a)
(Threats Against President and
Successors to the Presidency)

On or about March 17, 2026 through May 16, 2026, in the Eastern District of Texas,

the defendant, Ronnie Austin, Jr., did knowingly and willfully make a threat to take the life

of, to kidnap, and to inflict bodily harm upon the President of the United States,

specifically, he transmitted in interstate commerce the email that contained the following,

among other material:

> *My life has been threatened by the actions of the CIA and the FBI, and by legal extension, YOU, the President of the USA! So, I hereby am threatening you Mr. President! I am an active threat, a clear and present danger to the President of the USA! The CIA, FBI, DOD, NSA, IRS, Congress, and the Supreme Court have all been conspiring and taking actions against my life, my livelihood (my ability to be considered for and to get a new job), my choice of who to marry, my possessions (the CIA has damaged my possessions), my online orders, etc. Because of the lawbreaking of all of these USA federal entities against me, I can legally defend myself against them! This means that I, and my delegates and representatives (my supporters) can*

*kill these people in self-defense! Additionally, many of these attacks against me have occurred in my home. Anyone who attacks me in my home will be killed when I defend myself! As with all self-defensive retaliatory strikes, the attack comes first, then the self-defensive response occurs.*

***PREPARE TO BE ATTACKED***

*President Trump, I suggest that you order the USA military and/or the National Guard to surround all installations of these government entities to defend them. This will make it easier for me and my delegates and representatives to kill them in my self-defense! If any of these people (that you or anyone else of USA's federal government orders to defend these installations) takes any actions against me or my supporters, they will be breaking USA federal law and going against the U.S. Constitution. Mr. President, Congress, and Supreme Court, YOU have caused this constitutional crisis!*

All in violation of Section 871 of Title 18 of the United States Code.

## Count Two

<u>Violation</u>: 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Kidnap or Injure)

On or about March 17, 2026 through May 16, 2026, in the Eastern District of Texas, the defendant, Ronnie Austin Jr., knowingly and willfully did transmit in interstate and foreign commerce from the State of Texas to the State of Arizona a communication that contained the following, among other material:

*My life has been threatened by the actions of the CIA and the FBI, and by legal extension, YOU, the President of the USA! So, I hereby am threatening you Mr. President! I am an active threat, a clear and present danger to the President of the USA! The CIA, FBI, DOD, NSA, IRS, Congress, and the Supreme Court have all been conspiring and taking actions against my life, my livelihood (my ability to be considered for and to get a new job), my choice of who to marry, my possessions (the CIA has damaged my possessions), my online orders, etc. Because of the lawbreaking of all of these USA federal entities against me, I can legally defend myself against them!*

Indictment
Page 2

*This means that I, and my delegates and representatives (my supporters) can kill these people in self-defense! Additionally, many of these attacks against me have occurred in my home. Anyone who attacks me in my home will be killed when I defend myself! As with all self-defensive retaliatory strikes, the attack comes first, then the self-defensive response occurs.*

### *PREPARE TO BE ATTACKED*

*President Trump, I suggest that you order the USA military and/or the National Guard to surround all installations of these government entities to defend them. This will make it easier for me and my delegates and representatives to kill them in my self-defense! If any of these people (that you or anyone else of USA's federal government orders to defend these installations) takes any actions against me or my supporters, they will be breaking USA federal law and going against the U.S. Constitution. Mr. President, Congress, and Supreme Court, YOU have caused this constitutional crisis!*

to employees of Raytheon and other businesses, members of state and county government in the State of Texas, employees of the Defense Logistics Agency, employees of the United States Airforce, members of Congress, and the President of the United States; and the communication contained a threat to kidnap and injure.

All in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

_____
CHRISTOPHER T. RAPP
Assistant United States Attorney

_____6/10/2026_____
Date

Indictment
Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA  §
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　§　　Case No. 4:26-CR-
　　　　　　　　　　　　　　　§　　Judge
RONNIE AUSTIN JR.　　　　§

## NOTICE OF PENALTY

### Count One

Violation:　　21 U.S.C. § 871

Penalty:　　Imprisonment not to exceed 5 years; a fine not to exceed $250,000 or twice the pecuniary gain or loss, or both; and a term of supervised release of not more than 3 years.

Special Assessment: $100.00

### Count Two

Violation:　　18 U.S.C. § 875(c)

Penalty:　　Imprisonment not to exceed 5 years; a fine not to exceed $250,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years.

Special Assessment: $100.00

Indictment/Notice of Penalty
Page 4